No. 10–1014.  VIRGINIA EX REL. CUCCINELLI, ATTORNEY GENERAL OF VIRGINIA *v.* SEBELIUS, SECRETARY OF HEALTH AND

HUMAN SERVICES. C. A. 4th Cir. Certiorari before judgment denied.